UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 06-0453M-01 (CR) |
| | : | MAGISTRATE NO. 06-0453M-02 (CR) |
| **LORENZO TURNER,** | : | |
| **NICOLE V. JONES,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendants.** | : | and §841(b)(1)(B)(iii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 5 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cocaine); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(D) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cannabis); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cocaine Base); |
| | : | 21 U.S.C. §844(a) |
| | : | (Simple Possession of a Controlled Substance) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about October 19, 2006, within the District of Columbia, **LORENZO TURNER and NICOLE V. JONES**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a

Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

    (**Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

### COUNT TWO

On or about October 19, 2006, within the District of Columbia, **LORENZO TURNER and NICOLE V. JONES**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

    (**Unlawful Possession with Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT THREE

On or about October 19, 2006, within the District of Columbia, **LORENZO TURNER and NICOLE V. JONES**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

    (**Unlawful Possession with Intent to Distribute Cannabis**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

### COUNT FOUR

On or about October 19, 2006, within the District of Columbia, **LORENZO TURNER and NICOLE V. JONES**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which they may be prosecuted in a court

of the United States, that is, Counts One, Two, and Three of this Indictment which is incorporated herein, a firearm, that is, a Remington 12 gauge shotgun, and a .380 caliber handgun.

    (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

### COUNT FIVE

On or about October 23, 2006, within the District of Columbia, **LORENZO TURNER**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

    (**Unlawful Possession with Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT SIX

On or about October 23, 2006, within the District of Columbia, **LORENZO TURNER**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count Five of this Indictment which is incorporated herein, a firearm, that is, a Taurus 9mm semi-automatic pistol.

    (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

**COUNT SEVEN**

On or about October 23, 2006, within the District of Columbia, **LORENZO TURNER**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.