UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-336 (CKK) |
| | : | |
| v. | : | |
| | : | |
| LORENZO TURNER | : | |
| | : | |
| and | : | |
| | : | |
| NICOLE V. JONES | : | |
| | : | |
| **Defendants** | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Aaron Mendelsohn, telephone number (202) 514-9519 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____

Aaron Medelsohn
Assistant United States Attorney
Federal Major Crimes, Bar No. 460-570
555 4th Street, NW   Room 4239
Washington, DC 20530
(202) 514-9519