UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.   06-336 (CKK) |
| | : | |
| LORENZO TURNER, et al. | : | |
| | : | |
| Defendant | : | |
| | : | |

### UNOPPOSED MOTION TO CONTINUE STATUS HEARING DATE

Defendant Lorenzo Turner, through counsel, respectfully requests this court to continue the status hearing in this case to a date during the week of December 11-15, 2006.  As reasons for this motion, the defendant states the following:

1.  AUSA Aaron Mendelsohn and Assistant FPD Jonathan Jeffress (counsel for co-defendant Nicole Jones) do not oppose this motion.

2.  Mr. Turner was arraigned on November 17, 2006.  Counsel had not been notified of the arraignment date, but Shawn Moore, Esquire graciously stood in for counsel and entered pleas of not guilty on behalf of Mr. Turner.

3.  Following the arraignment, 9:30 a.m. on December 8, 2006 was set for a status hearing.  Since Mr. Turner's counsel was not present at the arraignment, she was unable to communicate her unavailability on that date.

4.  Mr. Turner's counsel has purchased non-refundable airline tickets for a trip to Austin, Texas and will be out of town the entire week of December 4-8, 2006.

5.   As of start of business November 20, 2006, Mr. Mendelsohn and Mr. Jeffress were available to attend a status hearing any day the week of December 11-15, 2006, with the exception of Monday morning, November 11.

**WHEREFORE**, Mr. Turner respectfully requests that the status hearing in this case be rescheduled for a date during the week of December 11-15, 2006.

> Respectfully submitted
>
> /s/_____
> JOANNE VASCO, ESQUIRE
> Bar Number 367042
> 4102 Madison Street
> Hyattsville, MD 20781
> 301.864.6424
> Attorney for Lorenzo Turner
> (Appointed by the Court)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No.   06-336 (CKK)** |
| : | |
| **LORENZO TURNER, et al.** : | |
| : | |
| **Defendant** : | |
| : | |

### ORDER

Upon consideration of defendant Lorenzo Turner's unopposed motion to continue status hearing date, it is this _____ day of November, 2006,

**ORDERED,** that the motion is granted, and that the status hearing originally scheduled for December 18, 2006 be and is hereby

**RESET** for _____, 2006.

_____
Colleen Kollar-Kotelly
United States District Judge