UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal No. 06-336 (CKK)
:
LORENZO TURNER, et al. :
:
Defendant :
:

### ORDER

Upon consideration of defendant Lorenzo Turner's unopposed motion to continue status hearing date, it is this __21__ day of November, 2006,

**ORDERED**, that the motion is granted, and that the status hearing originally scheduled for December 8, 2006 be and is hereby

**RESET** for __Dec. 11, 2006__, 2006. at 1:00 PM

_____
Colleen Kollar-Kotelly
United States District Judge