UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 06-336-1 (CKK) |
| : | |
| LORENZO TURNER, : | |
| : | |
| Defendant : | |
| : | |

**MOTION TO WITHDRAW REPRESENTATION**

Undersigned counsel for Lorenzo Turner, Joanne Vasco, hereby moves this court to permit her to withdraw her representation of Mr. Turner. As reasons for this motion, counsel states the following:

1. On October 23, 2006, the Federal Public Defender for the District of Columbia assigned counsel to represent Mr. Turner in the above-captioned criminal matter.

2. Mr. Turner is scheduled to enter a plea of guilty on February 15, 2007, pursuant to a plea offer extended by the government on December 26, 2006.

3. Counsel cannot represent Mr. Turner at any further proceedings without violating D.C. R. Prof. Conduct 1.16(a)(1).

4. Mr. Turner does not oppose this motion.

/s/_____
JOANNE VASCO, ESQUIRE
4102 Madison Street
Hyattsville, MD 20781
301.864.6424
Attorney for Lorenzo Turner

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that I have mailed a copy of this motion to the defendant, Lorenzo Turner, DCDC 312409, Central Treatment Facility, 1901 E Street, SE, Washington, DC 20003, and Michael Olshonsky, 1757 U Street, NW. Washington, DC 20009, attorney for Mr. Turner, this 27th day of January, 2007.

/s/_____
JOANNE VASCO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | **Criminal No. 06-336-1 (CKK)** |
| : | |
| **LORENZO TURNER,** : | |
| : | |
| **Defendant** : | |
| : | |

### ORDER

Upon consideration of the motion by Joanne Vasco to withdraw representation of defendant Lorenzo Turner, the court

**GRANTS** the motion, and it is this _____ day of

_____, 2007,

**ORDERED** that the appointment of Ms. Vasco to represent Lorenzo Turner be and hereby is

**VACATED.**


_____
Colleen Kollar-Kotelly
United States District Judge