UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Case No. 06-336 (CKK) |
| | : | |
| v. | : | Plea Hearing: February 15, 2007 |
| | : | |
| **LORENZO TURNER,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the attached Statement of the Offense be made part of the record in this case.

                                    Respectfully submitted,
                                    JEFFREY A. TAYLOR
                                    UNITED STATES ATTORNEY

                                    _____/s/_____
                                    AARON H. MENDELSOHN
                                    Assistant United States Attorney
                                    Bar No. 467-570
                                    Federal Major Crimes Section
                                    555 4th Street, N.W. (Room 4239)
                                    Washington, D.C. 20530
                                    (202) 514-9519

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I will cause a copy of the foregoing to be served by electronic filing upon counsel for Defendant Turner, James Lyons, Esquire, this 7th day of February, 2007.

                                    _____
                                    Aaron H. Mendelsohn
                                    Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Case No. 06-336 (CKK) |
| | : | |
| v. | : | Plea Hearing: February 15, 2007 |
| | : | |
| **LORENZO TURNER,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### STATEMENT OF THE OFFENSE

The United States and Defendant LORENZO TURNER agree and stipulate as follows:

On October 19, 2006, at approximately 6:15 p.m., Metropolitan Police Department officers executed a search warrant at 3424 B Street, S.E., Washington, D.C., Apartment #202, the residence of Defendant Lorenzo Turner. Upon entering the apartment, the officers observed Defendant Turner jump out of a second-story bedroom window. Defendant Turner then ran onto some railroad tracks and jumped onto a cargo train. The train conductor saw the police officers chasing after the train and slowed down. Defendant Turner then jumped off the train and was caught and arrested after a foot chase at the rear of the 200 block of 34th Street, S.E.

Back in the apartment, other police officers found the co-defendant, Nicole Jones, who lived in the apartment with Defendant Turner, in the kitchen. The officers searched the apartment and recovered all of the following items from the master bedroom (the same bedroom where Defendant Turner jumped out of the window): (1) 32.9 grams of crack cocaine in the bedroom closet, and in plain view on top of a dresser and a night-stand; (2) 21.5 grams of powder cocaine in the bedroom closet, and in plain view on top of a dresser and a night-stand; (3) 214.6 grams of marijuana in plain view on top of a bookshelf and on the floor in front of the bookshelf; (4) a .380 caliber handgun loaded with 8 rounds of live ammunition on the floor at the foot of the bed under co-defendant

Jones' clothing; (5) a sawed-off Remington 12-gauge shotgun loaded with 4 rounds of live ammunition in the bedroom closet; (6) 4 scales with white residue; (7) multiple empty ziplock bags; (8) white paper rolled-up with multiple green seeds; and (9) 4 razor blades.

The DEA conducted forensic analysis of the cocaine base recovered from the apartment and confirmed the presence of cocaine base, also known as crack, which is smokeable or capable of being smoked, with the above net weight and a concentration of between 84-85%. The DEA also conducted forensic analysis of the cocaine hydrochloride recovered from the apartment and confirmed the presence of cocaine hydrochloride with the above net weight and a concentration between 80-83%. Finally, the DEA conducted forensic analysis of the marijuana recovered from the apartment and confirmed the presence of marijuana with the above net weight.

Defendant Turner knowingly and intentionally possessed the cocaine base, also known as crack, as well as the cocaine hydrochloride and marijuana, with the specific intent to distribute it. Finally, Defendant Turner possessed the loaded and operable .380 caliber handgun for the purpose of protecting and perpetuating his narcotics trafficking.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney
    for the District of Columbia

By: _____/s/_____
    AARON H. MENDELSOHN
    Assistant U.S. Attorney
    555 4th Street, N.W. (Room 4239)
    Washington, D.C. 20530
    (202) 514-9519

DEFENDANT'S ACCEPTANCE

  I have read every word of this Statement of the Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of the Offense.


Date:_____          _____
                 Lorenzo Turner
                 Defendant


  I have discussed this Statement of the Offense with my client, Mr. Turner. I concur with his decision to stipulate to this Statement of the Offense.


Date: _____          _____
                 James Lyons, Esq.
                 Counsel for Defendant