UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LORENZO TURNER<br>NICOLE JONES | Crim. No. 06-336 (CKK) |

**ENTRY OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Please enter the appearance of undersigned counsel on behalf of defendant Lorenzo Turner, effective January 29, 2007.

                                        /s/
                         James L. Lyons  (50690)
                         Kellogg, Williams & Lyons
                         1925 K Street, N.W., Suite 200
                         Washington, D.C.  20006
                         (202) 496-0722
                         (202) 331-1257  (fax)
                          JamesLyons@verizon.net  (e-mail)

[x]  CJA

[ ]  Retained