UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
        Plaintiff  :
:
vs.  :    CRIMINAL NO. 06-336
:    Judge Colleen Kollar-Kotelly
:
LORENZO TURNER  :
:    **FILED**
        Defendant  :
    FEB 20 2007

## ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The probation office shall file its Presentence Report by no later than **APRIL 27, 2007**.

The parties shall file its Memorandum in Aid of sentencing by no later than **MAY 29, 2007** and it is further;

The parties shall file replies, if any by no later than **JUNE 5, 2007** and it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on **JUNE 15, 2007 AT 10:00 A.M.**

IT IS SO ORDERED,

Date: Feb. 20, 2007

Colleen Kollar-Kotelly
United States District Judge

cc:    Chambers
       Files
       Pretrial
       Probation
       Aaron Medelson, AUSA

James Lyons, Esq., 1925 K St. NW, Washington, DC 2006