UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　v.<br><br>LORENZO TURNER | Crim. No. 06--336 (CKK) |

**NOTICE OF CHANGE OF ADDRESS**

　　As of April 1, 2007, undersigned counsel's new address is as follows:

>　　James L. Lyons, Esq.
>　　Kellogg, Williams & Lyons
>　　1350 Connecticut Avenue, N.W.
>　　Suite 600
>　　Washington, D.C.  20036
>
>　　(202) 496-0722  (Telephone)
>　　(202) 331-1257  (Fax)
>　　JamesLyons@verizon.net

**CERTIFICATE OF SERVICE**

　　I HEREBY CERTIFY that a copy of the foregoing pleading has been sent to all parties via the court's electronic filing system this 28th day of March, 2007.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　James L. Lyons