UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. O6-336(CKK)** |
| | : | |
| v | : | |
| | : | |
| **LORENZO TURNER** | : | |
| | : | |

**NOTICE OF ASSIGNMENT AND APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Jean W. Sexton at telephone number (202) 305-1419 and/or email address: Jean.Sexton@usdoj.gov. Ms. Sexton will replace AUSA Aaron Mendelsohn in this matter.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
Jean W. Sexton
Assistant United States Attorney
Federal Major Crimes, NJ Bar No. 02122-1995
555 4th Street, N.W.  #4235
Washington, DC 20530
(202) 305-1419; fax (202) 514-6010